CO 526 Rev. 5/2018

FILED
OCT 13 2022
Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 22cr182-01 (BAH) |
| CHADWICK GORDON CLIFTON | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Ashley Akers_
Assistant United States attorney

Approved:

_____        Date: Oct. 13, 2022

Beryl A. Howell
United States District Judge