# Attachment A

To Whom it May Concern:

My name is William A. Sterchi (Kip) and I reside at 106 Sweetbriar Road in Summerville SC. I have known Chad Clifton for approximately five years. We live in the same neighborhood; our kids went to the same school, and we often run into each other at functions in the community. We also tend to meet up every few weeks to share knowledge about the construction industry with one another and discuss different issues we have seen within the business world.

In the time that I have known Chad, I have known him to be a competent and knowledgeable person of many different subjects from car and home repair to gardening and land development. I have observed his passion about his undertakings and his drive and determination to do something the right way even if it means it may take a little longer or cost a little more. His advice on countless projects I have worked on has been invaluable and inspired others in our community to share their knowledge for the betterment of the community.

I usually walk my dogs from about 6:30 am to 7:00 am in the morning and will often pass Chad as he is leaving the neighborhood for work, his truck and trailer loaded down with tools and equipment presumably on his way out to improve some part of this world. As he and I may not see eye to eye on some issues in this world, I can respect someone who gets up and goes out into the world to work and provide for their family as well as do good by their fellow citizens. During the summer I often see Chad and his young son Henry riding their bicycles through the neighborhood and I always challenge Henry to a race on my bicycle and with vigor in his eyes Henry always accepts the challenge and pedals as hard as he can.

In closing, it is my sincere hope that all individuals who read this letter will take into consideration that even though Chad may have stumbled in his quest to express his passion for politics and utilized questionable judgement, this world needs more men who are willing to venture out into the world every day to contribute and build a community where all can succeed. At the end of the day we also need men who will inspire our future youth to "pedal as hard as they can".

Sincerely,

William A. Sterchi (Kip)
843-451-5148
kipsterchi@gmail.com

Roy M Reeves
202 Historic Drive
Mount Pleasant SC, 29464

Re: Chad Clifton

To Whom It May Concern,

I have known Chad Clifton since 2016 when he came to give me an estimate for a construction project I had going at the time. To say I was both troubled and surprised to hear about his recent case would be an understatement. It is for this reason I am happy to write a letter of reference for Chad. I understand the seriousness of this matter however, I hope the court will show some leniency.

Since 2016 our friendship grew quickly, both professionally and personally. We would spend hours discussing our profession but what sealed our friendship is when I found out he is a man of faith. After finding this out, we rarely discuss work anymore and spend our time together discussing our faith. I find him to be a man of his word and more importantly of high character.

While I was surprised to hear of his misconduct, it comes as no surprise to me that he accepts responsibility for his action. I believe this humbling experience has made him a better person and it is my sincere hope the court take this letter into consideration. Despite this case, I still believe Chad to be an honorable, honest individual, a valuable member of the community and just a good person.

Sincerely

Roy M Reeves
12/20/22