December 30, 2022

Re: Chad Clifton

To Whom it May Concern:

    In the course of my work, I contracted Chad Clifton Construction as a subcontractor on a current project. In my 42-year career I have worked and interacted with all types of people both good and bad. My experience with Chad is refreshing, he is one of the "good" guys in this industry. He was recommended by a friend, and I have found him to be honest, capable, and forthright in our dealings. He is quick to offer solutions to problems that are best for the customer and not necessarily best for him. Some subcontractors strive to maximize what they can squeeze out on an owner or general contractor monetarily but not Chad. I appreciate his high standards in our business interactions and look forward to a long successful relationship.

Sincerely,

Gene Beckman

Gene Beckman

Managing member

Old Carolina Construction of Charleston, LLC

gene@oldcarolinaconstruction.com

843.810.9728

Date: 12/30/22

To Whom It May Concern

Character reference letter for Chad Clifton

I am writing this in reference to Mr. Chad Clifton.  I have known Chad for approximately six years.  I met Chad when my husband and I were looking for a handyman contractor to oversee our property in Charleston, SC.  My husband and I are both retired Intelligence Officers with the Central Intelligence Agency.

From the first time we spoke with Chad we knew that he was someone whom we wanted to have a business relationship with.  He is loyal, honest, and personable.  Each time we have called on Chad to do work for us he has been the utmost professional.  Once, our son needed him in an emergency situation regarding something in a property he was renting from someone in downtown Charleston and Chad dropped what he was doing and came to his aid.  Not many people would do this, but Chad did.  He cares about people and wants to help his clients when possible.  I have referred Chad to others and they speak of these same characteristics.  He is a man of his word.

Chad has a family; a wife and children whom he loves very much. He has a business that supports their needs that he has built on a solid foundation of a good work ethic and integrity.  If I had to summarize Chad's character I would simply say he is unwavering in his loyalty and dedication to others.

If you have any questions, I can be reached at 843-591-3444 or [cathylfarish@gmail.com](mailto:cathylfarish@gmail.com).

Regards,
Catherine L. Farish